UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MILLENNIUM DRILLING CO., INC., a Delaware corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BEVERLY HOUSE-MEYERS, BEVERY HOUSE-MEYERS REVOCABLE TRUST, GRACE MAE PROPERTIES, LLC, HAMRICK TRUST, ROBERT H. HAMRICK, MOLLY KAY HAMRICK, Trustees,<br><br>　　　　　　　　　　Defendants. | Case No. 2:12-cv-00462-MMD-CWH<br><br>ORDER |
| MOLLY HAMRICK, BEVERLY HOUSE-MYERS, R&M HAMRICK FAMILY TRUST,<br><br>　　　　　　　Third-Party Plaintiffs,<br><br>　v.<br><br>JONATHAN FELDMAN, MONTCALM, LLC, PATRIOT EXPLORATION COMPANY, LLC, CARTER HENSON, JR., MATTHEW BARNES, ROBERT HOLT, ELIZABETH HOLT, and SCHAIN, LEIFER, GURALNICK,<br><br>　　　　　　　Third-Party Defendants. | |

　　　　Before the Court is Plaintiffs' Unopposed Motion to Conduct Discovery and Unopposed Motion For Extension of Time to Respond to Third-Party Defendant Montcalm Co., LLC and Matthew Barnes' Amended Motion to Dismiss the Third-Party Complaint for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2).  (Dkt. no. 82.) The parties have apparently reached an agreement on the scope of

jurisdictional discovery but the agreement was contingent on Plaintiffs' agreeing to a stay of discovery. The Court ordered that any response to Plaintiffs' Motion be filed by June 14, 2013. No response was filed.[1]

The Court previously granted Plaintiffs' request for an extension of time to respond to Defendant Schain Leifer Guralnick's ("SLG") First Amended Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(2), finding good cause exists to permit Plaintiffs the opportunity to conduct jurisdictional discovery. For the same reason, the Court grants Plaintiffs' Motion and adopts in part the schedule proposed in Paragraph 5 of Plaintiffs' Motion. The deadline for Plaintiffs to respond to Defendants' Amended Motion to Dismiss will be extended to three weeks after completion of Barnes' deposition. Defendants will have two weeks to file their reply brief. The parties are ordered to file a joint status report to inform the Court of the date of Barnes' deposition scheduled to occur in August 2013.

DATED THIS 20th day of June 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] Defendants Matthew Barnes and Montcalm have filed a Motion to Stay Discovery pending a determination of their amended motion to dismiss. (Dkt. no. 84.) This Motion will be addressed in a separate order following completion of the briefing schedule.