# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MILLENIUM DRILLING CO., INC.,          )
                                                            )
                        Plaintiff,          )          Case No.  2:12-cv-00462-MMD-CWH
                                                            )
vs.                                                    )          **ORDER**
                                                            )
BEVERLY HOUSE-MEYERS          )
REVOCABLE TRUST, *et al.*,          )
                                                            )
                        Defendants.          )
_____)

        This matter is before the Court on Defendants'/Third-Party Plaintiffs' Motion to Compel

(#118), filed August 1, 2013.  Defendants request that the Court order Plaintiffs to produce all

responsive documents and overrule all Plaintiff's objections to Defendants' Rule 34 requests.

Defendants do not cite any statute, rule, case, or other authority to support the requested relief.  It is

a moving party's obligation to provide points and authorities in support of a motion.  The failure to

do so is ground for denial.  *See* Local Rule 7-2(d) ("The failure of a moving party to file points and

authorities in support of the motion shall constitute a consent to the denial of the motion.").

Accordingly,

        **IT IS HEREBY ORDERED** that Defendants'/Third-Party Plaintiffs' Motion to Compel

(#118) is **denied without prejudice**.

        DATED: August 2, 2013.

                                                    _____
                                                    **C.W. Hoffman, Jr.**
                                                    **United States Magistrate Judge**