John H. Eickemeyer, Esq.
Daniel C. Green, Esq.
*(Admitted to Practice for Purposes of this Case Only)*
**Vedder Price P.C.**
1633 Broadway, 47th Floor
New York, NY  10019
Telephone: (212) 407-7700
Facsimile:  (212) 407-7700
E-mail:  jeickemeyer@vedderprice.com
             dgreen@vedderprice.com

*Associated with*

Brett K. South, Esq.
Rands, South & Gardner
9498 Double R Blvd., Suite A
Reno, Nevada 89521
Telephone: (775) 827-6464
E-mail:  bsouth@rsgnvlaw.com

*Attorneys for Defendant,*
*Schain Leifer Guralnick*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Millennium Drilling Co., Inc., a Delaware Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>Beverly House-Meyers Revocable Trust, Beverly House-Meyers, Trustee; Grace Mae Properties, LLC; Hamrick Trust, Robert H. Hamrick and Molly Kay Hamrick, Trustees; DOES I through X; and ROES I through X,<br><br>        Defendants. | CASE NO.:  2:12-cv-00462-MMD-CWH<br>                    (Base Case) |
| Molly Hamrick, Beverly House-Myers, R&M Hamrick Family Trust;<br><br>        Third-Party Plaintiffs,<br><br>vs. | CASE NO.:  2:13-cv-00078-MMD-CWH<br>                    (Consolidated Case) |

| | |
|---|---|
| Jonathan Feldman, Montcalm, LLC, Patriot Exploration Company, LLC, Carter Henson, Jr., Matthew Barnes, Robert Holt, Elizabeth Holt, and Schain, Leifer, Guralnick, | |
| Third-Party Defendants. | |

## STIPULATION REGARDING CONFIDENTIAL INFORMATION

The parties hereto, by and through their undersigned counsel, hereby stipulate that Third Party Defendant Schain Leifer Guralnick ("SLG") shall be bound by the provisions of the Stipulated Protective Order previously So Ordered by the Court on August 12, 2013.

This Stipulation shall not be taken to constitute a waiver of any defense asserted or possessed by SLG including, without limitation, the defense that it is not subject to personal jurisdiction in this District.

Dated: November 13, 2013

| | |
|---|---|
| FEE SMITH SHARP & VITULLO LLP | VEDDER PRICE P.C. |
| By  s/ Anthony L. Vitullo<br>Anthony L. Vitullo, Esq.<br>*(Admitted to Practice for Purposes of this Case Only)*<br>Three Galleria Tower<br>13155 Noel Road, Suite 1000<br>Dallas, Texas  75240 | By  s/ Daniel C. Green<br>John H. Eickemeyer, Esq.<br>Daniel C. Green, Esq.<br>*(Admitted to Practice for Purposes of this Case Only)*<br>1633 Broadway, 47th Floor<br>New York, New York 10019 |
| *In Association with* | *In Association with* |
| Brian K. Terry, Esq.<br>THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER<br>1100 E. Bridger Avenue<br>P.O. Box 2070<br>Las Vegas, Nevada 89125-2070 | Brett K. South, Esq.<br>RANDS, SOUTH & GARDNER<br>9498 Double R Blvd., Suite A<br>Reno, Nevada 89521 |
| | *Attorneys for Third Party Defendant Schain Leifer Guralnick* |
| *Attorneys for Defendants/ Third Party Plaintiffs* | |

**Vedder Price P.C.**
1633 Broadway, 47th Floor
New York, NY  10019
(212) 407-7700

1  HOWARD & HOWARD ATTORNEYS PLLC

2  By   Wade B. Gochnour
3       Wade B. Gochnour, Esq.
       3800 Howard Hughes Pkwy., Suite 1400
4      Las Vegas, Nevada  89169

5   *In Association with*

6   Keith M. Fleischman, Esq.
7   Ananda N. Chaudhuri. Esq.
    *(Admitted to Practice for*
8   *Purposes of this Case Only)*
9   FLEISCHMAN LAW FIRM
    565 Fifth Avenue, Seventh Floor
10  New York, NY  10017

11
    *Attorneys for Plaintiff/Third Party*
12  *Defendant Millennium Drilling Co. and*
    *Third Party Defendants Patriot*
13  *Exploration Company, LLC, Jonathan*
    *Feldman and Carter Henson, Jr.*
14

**Vedder Price P.C.**
1633 Broadway, 47th Floor
New York, NY  10019
(212) 407-7700

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:                November 14, 2013

## CERTIFICATE OF SERVICE

I certify that on the 13th day of November 2013, and according to Fed. R. Civ. P. 5(b), I served via CM/ECF and/or deposited for mailing in the U.S. Mail, postage prepaid and addressed to all parties as identified on the Court generated Notice of Electronic Filing and enumerated below, a true and correct copy of the foregoing **STIPULATION REGARDING CONFIDENTIAL INFORMATION**.

| | |
|---|---|
| Brian K. Terry<br>THORNDAL, ARMSTRONG, DELK,<br>BALKENBUSH & EISINGER<br>1100 E. Bridger Avenue<br>P.O. Box 2070<br>Las Vegas, Nevada 89125-2070<br>*Via CM/ECF* | Austin H. England, Esq,<br>THE HARRIS FIRM, P.C.<br>5050 West Lovers Lane<br>Dallas, Texas 75209<br>*Via CM/ECF* |
| Robert L. Plotz<br>LAW OFFICE OF ROBERT L. PLOTZ<br>565 Fifth Avenue, 7th Floor<br>New York, NY 10017<br>*Via CM/ECF* | Jason D. Smith<br>Nicholas J. Santoro<br>SANTORO WHITMIRE<br>10100 West Charleston Blvd., Suite 250<br>Las Vegas, NV 89135<br>*Via CM/ECF* |

**Vedder Price P.C.**
1633 Broadway, 47th Floor
New York, NY 10019
(212) 407-7700

1

| | |
|---|---|
| Robert Holt<br>Elizabeth Holt<br>7200 S. Alton Way #A190<br>Centennial, CO  80112<br>*Via CM/ECF* | Stacy Lee Williams<br>LOCKE LORD LLP<br>600 Travis, Suite 2800<br>Houston, TX  77002<br>*Via CM/ECF* |
| Wade B. Gochnour<br>HOWARD & HOWARD ATTORNEYS PLLC<br>3800 Howard Hughes Pkwy., Suite 1400<br>Las Vegas, NV  89169<br>*Via CM/ECF* | Anthony L. Vitullo<br>FEE SMITH SHARP & VITULLO LLP<br>Three Galleria Tower<br>13155 Noel Road, Suite 1000<br>Dallas, Texas  75240<br>*Via CM/ECF* |
| Brian C. McManus<br>Miriam L. Fisher<br>LATHAM & WATKINS<br>555 Eleventh Street NW<br>Washington, DC  20004<br>*Via CM/ECF* | Keith M. Fleischman<br>Ananda N. Chaudhuri<br>FLEISCHMAN LAW FIRM<br>565 Fifth Avenue, Seventh Floor<br>New York, NY  10017<br>*Via CM/ECF* |

                s/ Daniel C. Green
                 Daniel C. Green

**Vedder Price P.C.**
1633 Broadway, 47th Floor
New York, NY  10019
(212) 407-7700