Wade B. Gochnour, Esq.
Nevada Bar No. 6314
**Howard & Howard Attorneys PLLC**
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile:  (702) 567-1568
E-mail: wbg@h2law.com

*Associated with*

Keith Fleischman, Esq.
Fleischman Law Firm
565 Fifth Avenue, 7th Floor
New York, NY  10017
Telephone: (212) 880-9567
E-mail: keith@fleischmanlawfirm.com

Brian McManus, Esq.
Miriam Fisher, Esq.
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2173
E-mail: brian.mcmanus@lw.com
        miriam.fisher@lw.com

*Attorneys for Millennium Drilling Co., Inc., Jonathan Feldman and Patriot Exploration Company, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Millennium Drilling Co., Inc., a Delaware Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>Beverly House-Meyers Revocable Trust, Beverly House-Meyers, Trustee; Grace Mae Properties, LLC; Hamrick Trust, Robert H. Hamrick and Molly Kay Hamrick, Trustees; DOES I through X; and ROES I through X,<br><br>    Defendants.<br><br>Molly Hamrick, Beverly House-Myers, R&M Hamrick Family Trust;<br><br>    Third-Party Plaintiffs, | CASE NO.:   2:12-cv-00462-MMD-CWH<br>                       (Base case)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE REPLIES**<br><br>**(First Request)**<br><br><br><br>CASE NO.:   2:13-cv-00078-MMD-CWH<br>                       (Consolidated Case) |

Page 1 of 3

4814-0407-5299v1

1  vs.

2  Jonathan Feldman, Montcalm, LLC, Patriot
3  Exploration Company, LLC, Carter Henson,
   Jr., Matthew Barnes, Robert Holt, Elizabeth
4  Holt, and Schain, Leifer, Guralnick,

5              Third-Party Defendants.

6

7       Third-Party Defendants JONATHAN FELDMAN ("Feldman"), CARTER HENSON, JR. ("Henson"), and PATRIOT EXPLORATION COMPANY, LLC ("Patriot") (collectively, the "Patriot Defendants"), Plaintiff MILLENNIUM DRILLING CO., Inc. ("Millennium") and Third-Party Plaintiffs/Defendants MOLLY HAMRICK, BEVERLY HOUSE-MYERS, BEVERLY HOUSE-MYERS REVOCABLE TRUST, GRACE MAE PROPERTIES, LLC, HAMRICK TRUST, ROBERT H. HAMRICK and R&M HAMRICK FAMILY TRUST (collectively, the "Third-Party Plaintiffs"), by and through their respective undersigned counsel, stipulate on the following and request an Order from this Court granting such stipulation:

    1.   On March 30, 2015, the Third-Party Plaintiffs filed their Points and Authorities in Response to Third-Party Defendants Jonathan Feldman and Patriot Exploration Company's Omnibus Motion Re: (1) Partial Summary Judgment – Statute of Limitations; (2) Summary Judgment for Res Judicata or Collateral Estoppel; and (3) Summary Judgment on Third-Party Plaintiffs' Claims for (1) Breach of Fiduciary Duty; (2) Breach of Contract; (3) Imposition of Constructive Trust; (4) Unjust Enrichment; and (5) Money Had and Received. (Dkt. No. 214).

    2.   Additionally, on March 30, 2015, the Third-Party Plaintiffs filed their Points and Authorities in Response to Third-Party Defendant Carter Henson's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. No. 215).

    3.   The Patriot Defendants' Replies for the above-referenced Motions are due on April 16, 2015.

    4.   This is the Patriot Defendants' first request for entry of an agreed stipulation extending the Reply deadlines for the above-referenced Motions.

HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
(702) 257-1483

4814-0407-5299v1

5. Having discussed between counsel for the Third-Party Plaintiffs and the Patriot Defendants, all parties are in agreement to extend the Patriot Defendants' deadline to file their Replies to the above-referenced Motions to April 28, 2015.

6. IT IS HEREBY STIPULATED AND AGREED that the deadlines for the Patriot Defendants' Replies to the above-referenced Motions are extended from April 16, 2015 to April 28, 2015.

| HOWARD & HOWARD ATTORNEYS PLLC | FEE SMITH SHARP & VITULLO LLP |
|---|---|
| /s/ Wade B. Gochnour<br>Wade B. Gochnour, Esq.<br>Nevada Bar No. 6314<br>3800 Howard Hughes Pkwy., Ste. 1000<br>Las Vegas, NV 89169<br>*Attorney for Millennium Drilling Co., Inc., Jonathan Feldman and Patriot Exploration Company, LLC* | /s/ Lance L. Livingston<br>Anthony L. Vitullo, Esq. (Pro Hac Vice)<br>Lance L. Livingston, Esq. (Pro Hac Vice)<br>Three Galleria Tower<br>13155 Noel Road, Ste. 1000<br>Dallas, TX 75240<br>*Attorneys for Third-Party Plaintiffs and Defendants* |

## ORDER

**IT IS SO ORDERED** this __15th__ day of April, 2015.

_____
**UNITED STATES DISTRICT COURT JUDGE**

Respectfully submitted by:

HOWARD & HOWARD ATTORNEYS PLLC

/s/ Wade B. Gochnour
Wade B. Gochnour, Esq.
Nevada Bar No. 6314
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
*Attorney for Millennium Drilling Co., Inc., Jonathan Feldman and Patriot Exploration Company, LLC*

HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
(702) 257-1483