Wade B. Gochnour, Esq.
Nevada Bar No. 6314
**Howard & Howard Attorneys PLLC**
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile:  (702) 567-1568
E-mail: wbg@h2law.com

*Associated with*

| | |
|---|---|
| Keith Fleischman, Esq. | Brian McManus, Esq. |
| Fleischman Law Firm | Miriam Fisher, Esq. |
| 565 Fifth Avenue, 7th Floor | Latham & Watkins LLP |
| New York, NY  10017 | 555 Eleventh Street, NW, Suite 1000 |
| Telephone: (212) 880-9567 | Washington, DC 20004 |
| E-mail: keith@fleischmanlawfirm.com | Telephone: (202) 637-2173 |
| | E-mail: brian.mcmanus@lw.com |
| |          miriam.fisher@lw.com |

*Attorneys for Millennium Drilling Co., Inc.,
Jonathan Feldman and Patriot Exploration
Company, LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Millennium Drilling Co., Inc., a Delaware Corporation, | CASE NO.:   2:12-cv-00462-MMD-CWH (Base case) |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE REPLIES** |
| Beverly House-Meyers Revocable Trust, Beverly House-Meyers, Trustee; Grace Mae Properties, LLC; Hamrick Trust, Robert H. Hamrick and Molly Kay Hamrick, Trustees; DOES I through X; and ROES I through X, | **(Second Request)** |
| Defendants. | |
| Molly Hamrick, Beverly House-Myers, R&M Hamrick Family Trust; | CASE NO.:   2:13-cv-00078-MMD-CWH (Consolidated Case) |
| Third-Party Plaintiffs, | |

Page 1 of 4

4814-0407-5299v1

1 vs.

2
3 Jonathan Feldman, Montcalm, LLC, Patriot Exploration Company, LLC, Carter Henson, Jr., Matthew Barnes, Robert Holt, Elizabeth Holt, and Schain, Leifer, Guralnick,
4
5 Third-Party Defendants.

Third-Party Defendants JONATHAN FELDMAN ("Feldman"), CARTER HENSON, JR. ("Henson"), and PATRIOT EXPLORATION COMPANY, LLC ("Patriot") (collectively, the "Patriot Defendants"), Plaintiff MILLENNIUM DRILLING CO., Inc. ("Millennium") and Third-Party Plaintiffs/Defendants MOLLY HAMRICK, BEVERLY HOUSE-MYERS, BEVERLY HOUSE-MYERS REVOCABLE TRUST, GRACE MAE PROPERTIES, LLC, HAMRICK TRUST, ROBERT H. HAMRICK and R&M HAMRICK FAMILY TRUST (collectively, the "Third-Party Plaintiffs"), by and through their respective undersigned counsel, stipulate to the following and request an Order from this Court granting such stipulation:

1. On March 30, 2015, the Third-Party Plaintiffs filed their Points and Authorities in Response to Third-Party Defendants Jonathan Feldman and Patriot Exploration Company's Omnibus Motion Re: (1) Partial Summary Judgment – Statute of Limitations; (2) Summary Judgment for Res Judicata or Collateral Estoppel; and (3) Summary Judgment on Third-Party Plaintiffs' Claims for (1) Breach of Fiduciary Duty; (2) Breach of Contract; (3) Imposition of Constructive Trust; (4) Unjust Enrichment; and (5) Money Had and Received. (Dkt. No. 214).

2. Additionally, on March 30, 2015, the Third-Party Plaintiffs filed their Points and Authorities in Response to Third-Party Defendant Carter Henson's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. No. 215).

3. The Parties submitted a Stipulation and [Proposed] Order To Extend Deadline to File Replies (First Request) on April 15, 2015 (Dkt. No. 216) seeking to extend the deadline for the Replies to both motions to April 28, 2015.

4. The Court issued an order granting the Stipulation and [Proposed] Order to Extend Deadline to File Replies (First Request) on April 16, 2015 (Dkt. No. 217).

4814-0407-5299v1

5. The parties are seeking to mediate this matter, and have obtained dates for a potential mediation during the week of June 8-12, 2015.

6. The parties want to ensure that the Court does not rule on the pending motions until after the parties have had a chance to conduct the planned mediation.

7. In order to allow the parties to conduct the mediation without the Court having to consider and possibly rule on the pending Motions, all parties are in agreement to extend the Patriot Defendants' deadline to file their Replies to the above-referenced Motions to June 19, 2015.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4814-0407-5299v1

8.  IT IS HEREBY STIPULATED AND AGREED that the deadlines for the Patriot Defendants' Replies to the above-referenced Motions are extended from April 28, 2015 to June 19, 2015.

| **HOWARD & HOWARD ATTORNEYS PLLC** | **FEE SMITH SHARP & VITULLO LLP** |
|---|---|
| /s/ Wade B. Gochnour<br>Wade B. Gochnour, Esq.<br>Nevada Bar No. 6314<br>3800 Howard Hughes Pkwy., Ste. 1000<br>Las Vegas, NV 89169<br>*Attorney for Millennium Drilling Co., Inc., Jonathan Feldman and Patriot Exploration Company, LLC* | /s/ Lance L. Livingston<br>Anthony L. Vitullo, Esq. (Pro Hac Vice)<br>Lance L. Livingston, Esq. (Pro Hac Vice)<br>Three Galleria Tower<br>13155 Noel Road, Ste. 1000<br>Dallas, TX 75240<br>*Attorneys for Third-Party Plaintiffs and Defendants* |

**ORDER**

**IT IS SO ORDERED** this 28th day of April 2015.

_____
**UNITED STATES DISTRICT COURT JUDGE**

Respectfully submitted by:

HOWARD & HOWARD ATTORNEYS PLLC

/s/ Wade B. Gochnour
Wade B. Gochnour, Esq.
Nevada Bar No. 6314
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
*Attorney for Millennium Drilling Co., Inc., Jonathan Feldman and Patriot Exploration Company, LLC*

4833-8190-8259, v. 1