Wade B. Gochnour, Esq.
Nevada Bar No. 6314
**Howard & Howard Attorneys PLLC**
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
E-mail: wbg@h2law.com

*Associated with*

Keith Fleischman, Esq.
Fleischman Law Firm
565 Fifth Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 880-9567
E-mail: keith@fleischmanlawfirm.com

Brian McManus, Esq.
Miriam Fisher, Esq.
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2173
E-mail: brian.mcmanus@lw.com
miriam.fisher@lw.com

*Attorneys for Millennium Drilling Co., Inc., Jonathan Feldman and Patriot Exploration Company, LLC*

HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
(702) 257-1483

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

Millennium Drilling Co., Inc., a Delaware Corporation,

Plaintiff,

vs.

Beverly House-Meyers Revocable Trust, Beverly House-Meyers, Trustee; Grace Mae Properties, LLC; Hamrick Trust, Robert H. Hamrick and Molly Kay Hamrick, Trustees; DOES I through X; and ROES I through X,

Defendants.

CASE NO.: 2:12-cv-00462-MMD-CWH (Base case)

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE REPLIES**

**(Third Request)**

Molly Hamrick, Beverly House-Myers, R&M Hamrick Family Trust;

Third-Party Plaintiffs,

CASE NO.: 2:13-cv-00078-MMD-CWH (Consolidated Case)

vs.

Jonathan Feldman, Montcalm, LLC, Patriot Exploration Company, LLC, Carter Henson, Jr., Matthew Barnes, Robert Holt, Elizabeth Holt, and Schain, Leifer, Guralnick,

Third-Party Defendants.

Third-Party Defendants JONATHAN FELDMAN ("Feldman"), CARTER HENSON, JR. ("Henson"), and PATRIOT EXPLORATION COMPANY, LLC ("Patriot") (collectively, the "Patriot Defendants"), Plaintiff MILLENNIUM DRILLING CO., Inc. ("Millennium") and Third-Party Plaintiffs/Defendants MOLLY HAMRICK, BEVERLY HOUSE-MYERS, BEVERLY HOUSE-MYERS REVOCABLE TRUST, GRACE MAE PROPERTIES, LLC, HAMRICK TRUST, ROBERT H. HAMRICK and R&M HAMRICK FAMILY TRUST (collectively, the "Third-Party Plaintiffs"), by and through their respective undersigned counsel, stipulate to the following and request an Order from this Court granting such stipulation:

1. On March 30, 2015, the Third-Party Plaintiffs filed their Points and Authorities in Response to Third-Party Defendants Jonathan Feldman and Patriot Exploration Company's Omnibus Motion Re: (1) Partial Summary Judgment – Statute of Limitations; (2) Summary Judgment for Res Judicata or Collateral Estoppel; and (3) Summary Judgment on Third-Party Plaintiffs' Claims for (1) Breach of Fiduciary Duty; (2) Breach of Contract; (3) Imposition of Constructive Trust; (4) Unjust Enrichment; and (5) Money Had and Received. (Dkt. No. 214).

2. Additionally, on March 30, 2015, the Third-Party Plaintiffs filed their Points and Authorities in Response to Third-Party Defendant Carter Henson's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. No. 215).

3. The Parties submitted a Stipulation and [Proposed] Order To Extend Deadline to File Replies (First Request) on April 15, 2015 (Dkt. No. 216) seeking to extend the deadline for the Replies to both motions to April 28, 2015.

4. The Court issued an order granting the Stipulation and [Proposed] Order to Extend Deadline to File Replies (First Request) on April 16, 2015 (Dkt. No. 217).

HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
(702) 257-1483

HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
(702) 257-1483

5. Because the parties were seeing to mediate the case between June 8-12, 2015, the parties submitted a Stipulation and [Proposed] Order To Extend Deadline to File Replies (Second Request) on April 28, 2015 (Dkt. No. 218) seeking to extend the deadline for the Replies to both motions to Friday, June 19, 2015.

6. The Court issued an order granting the Stipulation and [Proposed] Order to Extend Deadline to File Replies (Second Request) on April 29, 2015 (Dkt. No. 219)

7. Due to the schedule of the parties, their counsel and the available mediators, the matter was not set for meditation until Tuesday, June 16, 2015, before Eleissa Lavelle. Unfortunately, the matter did not resolve at the mediation.

8. Because the mediation was not held until later than expected, and due to a medical procedure that counsel for the Patriot Defendants' had to undergo on Wednesday, June 17, 2015, the parties have agreed to a one-week extension to submit the Replies to both motions.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

9. IT IS HEREBY STIPULATED AND AGREED that the deadlines for the Patriot Defendants' Replies to the above-referenced Motions be extended from June 19, 2015 to June 26, 2015.

**HOWARD & HOWARD ATTORNEYS PLLC**

/s/ Wade B. Gochnour
Wade B. Gochnour, Esq.
Nevada Bar No. 6314
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
*Attorney for Millennium Drilling Co., Inc., Jonathan Feldman and Patriot Exploration Company, LLC*

**FEE SMITH SHARP & VITULLO LLP**

/s/ Lance L. Livingston
Anthony L. Vitullo, Esq. (Pro Hac Vice)
Lance L. Livingston, Esq. (Pro Hac Vice)
Three Galleria Tower
13155 Noel Road, Ste. 1000
Dallas, TX 75240
*Attorneys for Third-Party Plaintiffs and Defendants*

**ORDER**

**IT IS SO ORDERED** this 22nd day of June 2015.

**UNITED STATES DISTRICT COURT JUDGE**

Respectfully submitted by:

HOWARD & HOWARD ATTORNEYS PLLC

/s/ Wade B. Gochnour
Wade B. Gochnour, Esq.
Nevada Bar No. 6314
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
*Attorney for Millennium Drilling Co., Inc., Jonathan Feldman and Patriot Exploration Company, LLC*

4840-8068-8933, v. 1

**HOWARD & HOWARD ATTORNEYS PLLC**
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
(702) 257-1483