Wade B. Gochnour, Esq.
Nevada Bar No. 6314
**Howard & Howard Attorneys PLLC**
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile:  (702) 567-1568
E-mail: wbg@h2law.com

*Associated with*

Keith Fleischman, Esq.
Fleischman Law Firm
565 Fifth Avenue, 7th Floor
New York, NY  10017
Telephone: (212) 880-9567
E-mail: keith@fleischmanlawfirm.com

Brian McManus, Esq.
Miriam Fisher, Esq.
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2173
E-mail: brian.mcmanus@lw.com
         miriam.fisher@lw.com

*Attorneys for Millennium Drilling Co., Inc., Jonathan Feldman and Patriot Exploration Company, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Millennium Drilling Co., Inc., a Delaware Corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>Beverly House-Meyers Revocable Trust, Beverly House-Meyers, Trustee; Grace Mae Properties, LLC; Hamrick Trust, Robert H. Hamrick and Molly Kay Hamrick, Trustees; DOES I through X; and ROES I through X,<br><br>            Defendants. | CASE NO.:   2:12-cv-00462-MMD-CWH<br>                       (Base case)<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE JOINT PRE-TRIAL ORDER**<br><br>**(First Request)** |
| Molly Hamrick, Beverly House-Myers, R&M Hamrick Family Trust;<br><br>            Third-Party Plaintiffs, | CASE NO.:   2:13-cv-00078-MMD-CWH<br>                       (Consolidated Case) |

Page 1 of 4

1  vs.

2  Jonathan Feldman, Montcalm, LLC, Patriot
3  Exploration Company, LLC, Carter Henson,
   Jr., Matthew Barnes, Robert Holt, Elizabeth
4  Holt, and Schain, Leifer, Guralnick,

5              Third-Party Defendants.

6
        Plaintiff, MILLENNIUM DRILLING CO., INC. ("Millennium"), and Third-Party
7
   Defendants JONATHAN FELDMAN ("Feldman") and PATRIOT EXPLORATION
8
   COMPANY, LLC ("Patriot") (collectively, the "Millennium Parties"), by and through their
9
   counsel, hereby move the Court for an Order extending the deadline for the filing of the Pre-
10
   Trial Order. The Pre-Trial Order is currently due on February 19, 2016, and the Millennium
11
   Parties hereby request that the deadline be extended for an additional 30 days to March 21,
12
   2016.
13
        This request is made due to the shear volume of documents produced in this matter and
14
   the complex nature of the claims and defenses involved. Additional time is necessary to allow
15
   the parties to work through and determine the undisputed facts, the disputed facts and the
16
   disputed issues of law for trial. Further, additional time is necessary to work through and
17
   determine the stipulations and objections regarding potential trial exhibits. There is also good
18
   cause to extend the deadline due the upcoming Settlement Conference before Magistrate
19
   Hoffman. Per the Order Scheduling A Settlement Conference (Dkt. #230), the parties
20
   settlement statements are due on March 25. It is anticipated that the settlement statements will
21
   contain a significant amount of overlap with the Pre-Trial Order, and the extension will allow
22
   the parties to work on both submissions in a more efficient and effective manner.
23
        Counsel for the Millennium Parties has consulted with counsel for the Defendants/Third
24
   Party Plaintiffs regarding the need and intention to file this motion, and counsel for
25
   Defendants/Third Party Plaintiffs affirm that they had no opposition to the motion. For that
26
   reason, this motion has been submitted as an unopposed motion.
27
   / / /
28

HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
(702) 257-1483

Therefore, the Millennium Parties hereby request that the deadline to file the Pre-Trial Order be continued from February 19, 2016 to March 21, 2016.

**DATED** this 18th day of February 2016.

HOWARD & HOWARD ATTORNEYS PLLC

/s/ Wade B. Gochnour
Wade B. Gochnour, Esq.
Nevada Bar No. 6314
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
*Attorney for Millennium Drilling Co., Inc., Jonathan Feldman and Patriot Exploration Company, LLC*

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** February 22, 2016

**CERTIFICATE OF SERVICE**

I certify that on this 18th day of February 2016, and according to Fed. R. Civ. P. 5(b), I served, via CM/ECF and/or deposited for mailing in the U.S. Mail, a true and correct copy of the foregoing **UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE JOINT PRE-TRIAL ORDER**, postage prepaid (if necessary) addressed to all parties identified on the Court generated Notice of Electronic Filing.

| | |
|---|---|
| Brian Terry, Esq.<br>Thorndal Armstrong Delk Balkenbush & Eisinger<br>PO Box 2070<br>Las Vegas, NV 89125<br>*Via CM/ECF* | Austin H. England, Esq.<br>Harris Law Firm, P.C.<br>5050 West Lovers Lane<br>Dallas, Texas 75209<br>*Via CM/ECF* |

Anthony L. Vitullo, Esq.
Fee Smith Sharp & Vitullo, LLP
13155 Noel Road, Suite 1000
Dallas, TX 75240
*Via CM/ECF*

/s/   Kellie Piet
An employee of Howard & Howard Attorneys PLLC

4832-7166-5454, v. 1