Wade B. Gochnour, Esq.
Nevada Bar No. 6314
**Howard & Howard Attorneys PLLC**
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile:  (702) 567-1568
E-mail: wbg@h2law.com

*Associated with*

| | |
|---|---|
| Keith Fleischman, Esq. | Brian McManus, Esq. |
| Fleischman Law Firm | Miriam Fisher, Esq. |
| 565 Fifth Avenue, 7th Floor | Latham & Watkins LLP |
| New York, NY  10017 | 555 Eleventh Street, NW, Suite 1000 |
| Telephone: (212) 880-9567 | Washington, DC 20004 |
| E-mail: keith@fleischmanlawfirm.com | Telephone: (202) 637-2173 |
| | E-mail: brian.mcmanus@lw.com |
| |          miriam.fisher@lw.com |

*Attorneys for Millennium Drilling Co., Inc., Jonathan Feldman and Patriot Exploration Company, LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Millennium Drilling Co., Inc., a Delaware Corporation, | CASE NO.:   2:12-cv-00462-MMD-CWH (Base case) |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE JOINT PRE-TRIAL ORDER FOR AN ADDITIONAL TWO (2) DAYS** |
| Beverly House-Meyers Revocable Trust, Beverly House-Meyers, Trustee; Grace Mae Properties, LLC; Hamrick Trust, Robert H. Hamrick and Molly Kay Hamrick, Trustees; DOES I through X; and ROES I through X, | **(Second Request)** |
| Defendants. | |
| Molly Hamrick, Beverly House-Myers, R&M Hamrick Family Trust; | CASE NO.:   2:13-cv-00078-MMD-CWH (Consolidated Case) |
| Third-Party Plaintiffs, | |

1 vs.

2
3 Jonathan Feldman, Montcalm, LLC, Patriot Exploration Company, LLC, Carter Henson, Jr., Matthew Barnes, Robert Holt, Elizabeth Holt, and Schain, Leifer, Guralnick,
4

5         Third-Party Defendants.

6
7     Plaintiff, MILLENNIUM DRILLING CO., INC. ("Millennium"), and Third-Party Defendants JONATHAN FELDMAN ("Feldman") and PATRIOT EXPLORATION COMPANY, LLC ("Patriot") (collectively, the "Millennium Parties"), by and through their counsel, hereby move the Court for an Order extending the deadline for the filing of the Pre-Trial Order. The extended date for the filing of Pre-Trial Order is currently due March, 21, 2016. In order to avoid a violation of the Court's Order, the Millennium Parties hereby request that the deadline be extended for an additional **two (2)** days to March 23, 2016.

    Counsel for Defendants/Third Party Plaintiffs was out of the office during the last week, and thought that the first extension had been given to Thursday, March 24, 2016, rather than Monday, March 21, 2016. Additional time is necessary to allow the parties to complete the final stipulations and objections regarding potential trial exhibits.

    As of this Second Request, the parties have exchanged exhibit lists, witness lists and deposition designations. Further, a draft of the Pre-Trial Order has been exchanged and the parties believe the substance of the order is acceptable. So, while the Pre-Trial Order will likely be finalized and filed on Tuesday, March 22, 2016, the Millennium Parties are asking for 2 additional days.

    Counsel for the Millennium Parties has consulted with counsel for the Defendants/Third Party Plaintiffs regarding the need and intention to file this motion, and counsel for Defendants/Third Party Plaintiffs affirm that they had no opposition to the motion. For that reason, this motion has been submitted as an unopposed motion.

/ / /

Therefore, the Millennium Parties hereby request that the deadline to file the Pre-Trial Order be continued for an additional two (2) days from March 21, 2016, to March 23, 2016.

**DATED** this 21st day of March 2016.

HOWARD & HOWARD ATTORNEYS PLLC

/s/ Wade B. Gochnour
Wade B. Gochnour, Esq.
Nevada Bar No. 6314
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
*Attorney for Millennium Drilling Co., Inc., Jonathan Feldman and Patriot Exploration Company, LLC*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** March 22, 2016

## CERTIFICATE OF SERVICE

I certify that on this 21st day of March 2016, and according to Fed. R. Civ. P. 5(b), I served, via CM/ECF and/or deposited for mailing in the U.S. Mail, a true and correct copy of the foregoing **UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE JOINT PRE-TRIAL ORDER FOR AN ADDITIONAL TWO (2) DAYS**, postage prepaid (if necessary) addressed to all parties identified on the Court generated Notice of Electronic Filing.

| | |
|---|---|
| Brian Terry, Esq. | Austin H. England, Esq. |
| Thorndal Armstrong Delk Balkenbush & Eisinger | Harris Law Firm, P.C. |
| PO Box 2070 | 5050 West Lovers Lane |
| Las Vegas, NV 89125 | Dallas, Texas 75209 |
| *Via CM/ECF* | *Via CM/ECF* |

Anthony L. Vitullo, Esq.
Fee Smith Sharp & Vitullo, LLP
13155 Noel Road, Suite 1000
Dallas, TX 75240
*Via CM/ECF*

/s/   Emily Galante
An employee of Howard & Howard Attorneys PLLC

4826-7561-9887, v. 1