UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MILLENIUM DRILLING CO., INC., a Delaware corporation,<br><br>                  Plaintiff,<br>    v.<br>BEVERLY HOUSE-MEYERS REVOCABLE TRUST, et al., BEVERLY HOUSE-MEYERS, TRUSTEE; GRACE MAE PROPERTIES, LLC; HAMRICK TRUST, ROBERT H. HAMRICK AND MOLLY KAY HAMRICK, TRUSTEES; DOES I through X; and ROES I through X,<br><br>                  Defendants. | Case No. 2:12-cv-00462-MMD-CWH<br><br>ORDER |
| MOLLY HAMRICK, BEVERLY HOUSE-MEYERS, R&M HAMRICK FAMILY TRUST,<br><br>                  Third-Party Plaintiffs,<br>    v.<br>JONATHAN FELDMAN, MONTCALM, LLC, PATRIOT EXPLORATION COMPANY, LLC, CARTER HENSON, JR., MATTHEW BARNES, ROBERT HOLT, ELIZABETH HOLD, and SCHAIN, LEIFER, GURALNICK,<br><br>                  Third-Party Defendants. | |

During the hearing on Third Party Defendants' Motion for Partial Summary Judgment, the Court permitted the parties to submit supplemental briefs to respond to three issues. (ECF No. 229.) The Court has reviewed the parties' supplemental briefs. (ECF Nos. 231, 232.) The Court agrees with Third Party Plaintiffs that it should defer

ruling on Third Party Plaintiffs' claim for the imposition of a constructive trust until after trial on the merits. Third Party Defendants' request for summary judgment on the constructive trust claim is denied without prejudice.

DATED THIS 6th day of May 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE