AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

MILLENNIUM DRILLING CO INC,

     Plaintiff,

   v.

BEVERLY HOUSE-MEYERS, et al.,

     Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **2:12-cv-00462-MMD-CWH**

**_X_**  **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

\_\_\_  **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Millennium Drilling Against Beverly House-Myers Revocable Trust, Beverly House-Myers as Trustee of Beverly House-Myers Revocable Trust and Grace Mae Properties LLC as follows: 1) with regard to Plaintiff Millennium Drilling's breach of contract claims as to the Colt Drilling Partnership and Falcon Drilling Partnership in the amount of $0.00 as to Colt and $1,200,000.00 as to Falcon, and 2) with regard to Plaintiff's breach of covenant of good faith and fair dealing claims in the amount of $0.00 as to Colt Drilling and $1,366,000.00 as to Falcon Drilling. See verdict for additional details as to liability on all other claims, counterclaims and affirmative defenses. No monetary judgment enters as to all those claims.

     **IT IS FURTHER ORDERED** that judgment is entered in favor of Plaintiff Millennium Drilling against R&M Hamrick Family Trust, Robert H. Hamrick as Trustee of the R&M Hamrick Family Trust, and Molly K. Hamrick as Trustee of the R&M Hamrick Family Trust as follows: 1) with regard to Plaintiff Millennium's breach of contract claims as to Colt Drilling in the amount of $0.00, as to Falcon Drilling in the amount of $660,000.00, and as to Lion Drilling in the amount of $0.00, and 2) with regard to Plaintiff Millennium's breach of the covenant of good faith and fair dealing in the amount of $0.00 as to Colt Drilling, $751,300.00 as to Falcon Drilling, and $0.00 as to Lion Drilling. See verdict for

additional details as to liability on all other claims, counterclaims and affirmative defenses. No monetary judgment enters as to all those claims.

<u>November 22, 2016</u>　　　　　　　　　　　　　　　　**LANCE S. WILSON**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk


　　　　　　　　　　　　　　　　　　　　　　　　　　　<u> /s/ K. Rusin </u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk