Thomas W. Davis, II, Esq.
Nevada Bar No. 2531
Jason P. Weiland, Esq.
Nevada Bar No. 12127
**Howard & Howard Attorneys PLLC**
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
E-mail: twd@h2law.com
       jw@h2law.com

*Associated with*

Keith Fleischman, Esq.
Fleischman Law Firm, PLLC
565 Fifth Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 880-9567
E-mail: keith@fleischmanlawfirm.com

Brian McManus, Esq.
Miriam Fisher, Esq.
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2173
E-mail:    brian.mcmanus@lw.com
             miriam.fisher@lw.com

*Attorneys for Millennium Drilling Co., Inc., Jonathan Feldman and Patriot Exploration Company, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Millennium Drilling Co., Inc., a Delaware Corporation,<br><br>                 Plaintiff,<br><br>vs.<br><br>Beverly House-Myers Revocable Trust, Beverly House-Myers, Trustee; Grace Mae Properties, LLC; Hamrick Trust, Robert H. Hamrick and Molly Kay Hamrick, Trustees; DOES I through X; and ROES I through X,<br><br>                 Defendants. | CASE NO.:   2:12-cv-00462-MMD-CWH<br>                 (Base case)<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT AND FILE SUPPLEMENTAL BRIEFS**<br><br>**(FIRST REQUEST)** |
| AND ALL RELATED ACTIONS | CASE NO.:   2:13-cv-00078-MMD-CWH<br>                 (Consolidated Case) |

Plaintiff, Millennium Drilling Co., Inc. ("Millennium"), by and through its counsel of record, the law firm of Howard & Howard Attorneys PLLC, and Defendants, R&M Hamrick Family Trust ("Hamrick Trust"), Robert H. Hamrick, Trustee of the Hamrick Trust, and Molly Kay Hamrick, Trustee of the Hamrick Trust (collectively, the "Hamrick Parties"), by and through their counsel of record, the law firm of Gerrard Cox & Larsen, hereby stipulate to extend the deadline to submit a Joint Status Report and to file supplemental briefs. The present deadline to submit the Joint Status Report and to file supplemental briefs is December 14, 2017. This Stipulation is submitted pursuant to LR IA 6-1.

Pursuant to the Court's Minute Order dated November 14, 2017, the parties were to meet and confer "to work out a negotiation with regard to the homesteaded property," and that a "joint status report on the negotiations is due within 30 days." [ECF No. 418]. The parties are engaged in ongoing negotiations, and appear to be making progress towards a resolution. Based upon the foregoing, the parties hereby stipulate and request that the December 14, 2017 deadline to submit a Joint Status Report and to file supplemental briefs be extended thirty (30) days until January 15, 2018.

Dated this 12th day of December, 2017.

**Howard & Howard Attorneys PLLC**

/s/ Jason P. Weiland
Thomas W. Davis, II, Esq.
Nevada Bar No. 2531
Jason P. Weiland, Esq.
Nevada Bar No. 12127
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, Nevada 89169

*Attorneys for Millennium Drilling Co., Inc., Jonathan Feldman and Patriot Exploration Company, LLC*

Dated this 12th day of December, 2017.

**Gerrard, Cox & Larsen**

/s/ Douglas D. Gerrard
Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
2450 St. Rose Pkwy., Ste. 200
Henderson, Nevada 89074

*Attorney for R&M Hamrick Family Trust, Robert H. Hamrick, Trustee, and Molly Kay Hamrick, Trustee*

4828-7879-0744v1

**ORDER**

IT IS HEREBY ORDERED that the deadline to submit a Joint Status Report and to file supplemental briefs is extended thirty (30) days to January 15, 2018.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: December 12, 2017

Respectfully submitted by:

**Howard & Howard Attorneys PLLC**

/s/ Jason P. Weiland
Thomas W. Davis, II, Esq.
Jason P. Weiland, Esq.
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, Nevada 89169
*Attorneys for Millennium Drilling Co., Inc., Jonathan Feldman and Patriot Exploration Company, LLC*

4828-7879-0744v1